IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LONNIE L. JACKSON,

           Plaintiff,                                  ORDER

    v.                                           10-cv-425-slc

DR. MURPHY and R.N. WENDY C,,

           Defendants.

---

On July 30, 2010, the court severed this case from Case No. 10-cv-212 and required plaintiff to pay an initial partial payment of $1.07. Now, he advises that the institution's business office needs an order directing it to take this payment from his release account.

If plaintiff does not have the money to make the initial partial payment in his regular account, he will have to arrange with prison authorities to pay some or all of the assessment from his release account. The only amount plaintiff must pay at this time is the $1.07 initial partial payment. Before prison officials take any portion of that amount from plaintiff's release account, they may first take from plaintiff's regular account whatever amount up to the full amount plaintiff owes. Plaintiff should show a copy of this order to prison officials to insure that they are aware they should send plaintiff's initial partial payment to this court.

ORDER

IT IS ORDERED that plaintiff's initial partial payment of $1.07 may be deducted from his release account as provided herein.

Entered this 11th day of August, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge