IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LONNIE L. JACKSON,

                                              OPINION and ORDER

           Plaintiff,

                                              10-cv-212-slc[1]

     v.

JASON SMITH, JEFFREY JABER, JON
HIBBARD, LORI MEITZEN, TROY EHNERT,
RANDY J. SPRANGERS, HANS KUSTER,
WENDY CARIVOU and DOUG DEMOTTS,

           Defendants.[2]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LONNIE L. JACKSON,

                                                   ORDER

           Plaintiff,

                                             10-cv-425-slc

     v.

DR. PATRICK J. MURPHY, DR. DAVID BURNETT,
WELCOME ROSE, SARA KROPP, RN J. KLETTKE,
SHARON ZUNKER, AMY SMITH, JAMES GREER,

---

[1] For the purpose of issuing this order, I am assuming jurisdiction over the case.

[2] In a previous order, I dismised plaintiff's claims against several defendants. In addition, defendants' counsel has submitted a document providing the correct spelling of each defendant's name and plaintiff has not objected. Dkt. #10. I have amended the caption to reflect the dismissal and spelling corrections.

1

RN WENDY CARIVOU, ISMAEL OZANNE and
HOLLY GUNDERSON,

                Defendants.[3]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Lonnie L. Jackson has asked to make corrections to his complaints in these cases to correct the spelling of certain defendants' names. In particular, he wants to change "Wendy C." to "Wendy Carivou" and "David Bennett" to "David Burnett." That motion is DENIED as unnecessary. The captions have already been changed because defendants' counsel identified the correct spelling of Carivou's name (and of others) and plaintiff has filed an amended complaint that reflects the correct spelling of Burnett's name.

      Entered this 13th day of September, 2010.

                                        BY THE COURT:
                                        /s/
                                        BARBARA B. CRABB
                                        District Judge

---

[3] Plaintiff has filed an amended complaint that changes the list of defendants. I have amended the caption accordingly.