IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LONNIE L. JACKSON,

    Plaintiff,

v.

DR. PATRICK J. MURPHY, DR. DAVID
BURNETT, WELCOME ROSE, SARA KROPP,
RN J. KLETTKE, SHARON ZUNKER,
AMY SMITH, JAMES GREER,
RN WENDY CARIVOU, ISMAEL OZANNE
and HOLLY GUNDERSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-425-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered;

(1) dismissing plaintiff's complaint as to Welcome Rose, Sara Kropp and James Greer; and

(2) granting defendants Dr. Patrick J. Murphy, Dr. David Burnett, RN J. Klettke, Sharon Zunker, Amy Smith, RN Wendy Carivou, Ismael Ozanne and Holly Gunderson's motion to dismiss this case with prejudice.

_Peter Oppeneer_            6/6/11
Peter Oppeneer, Clerk of Court      Date